IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**TAMARCUS MONTELL SMITH**                                     **PLAINTIFF**

**V.**                                  **CIVIL ACTION NO. 3:15-CV-275-HTW-LRA**

**LAUDERDALE COUNTY and**
**TONYA ANDERSON**                                        **DEFENDANTS**

## ORDER ADOPTING REPORT AND RECOMMENDATION

This matter is before the court pursuant to the Report and Recommendation [docket no. 17] of United States Magistrate Judge Linda Anderson, which recommends that this court dismiss plaintiff's lawsuit for failure to prosecute.  Plaintiff has filed no objection.

Based upon the evidence in the Report and Recommendation, this court hereby adopts the Report and Recommendation of the United States Magistrate Judge as the order of this court.  This lawsuit is hereby dismissed, without prejudice, for failure to prosecute.

**SO ORDERED, THIS THE 10th DAY OF NOVEMBER, 2015.**

                                          **s/ HENRY T. WINGATE**
                                          **UNITED STATES DISTRICT JUDGE**